JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KACEY SAWYER, | Case No. 5:18-cv-01613-KK |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | The Hon. Kenly Kiya Kato |
| CITY OF ONTARIO, and DOES 1 through 10, inclusive, | |
| Defendants. | |

The Court, having read and considered the parties' Stipulation for voluntary dismissal of the case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, hereby GRANTS the requested dismissal of the entire case with prejudice. Each party is to bear its own fees and costs incurred in this matter.

IT IS SO ORDERED.

Dated: February 25, 2019

_____
HONORABLE KENLY KIYA KATO
United States Magistrate Judge

00064600.1